WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Michelle Burk,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-23-02261-PHX-JAT<br><br>**SCHEDULING ORDER** |

The Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) that went into effect December 1, 2022 (hereinafter "Supplemental Rules") state:

> Rule 6. Plaintiff's Brief
> The plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed ….
> Rule 7. Commissioner's Brief
> The Commissioner must file a brief and serve it on the plaintiff within 30 days after service of the plaintiff's brief.
> Rule 8. Reply Brief
> The plaintiff may file a reply brief and serve it on the Commissioner within 14 days after service of the Commissioner's brief.

These Supplemental Rules supersede any Civil Local Rules to the contrary. *See Mutual Fund Investors, Inc. v. Putnam Mgmt.*, 553 F. 2d 620, 625 (9th Cir. 1997) ("A court's local rule is invalid if it conflicts with the Federal Rules of Civil Procedure"); *see also Scott v. City Council for City of Santa Monica*, No. 17-CV-7329 PSG, 2017 WL 11634386, at *5 (C.D. Cal. Dec. 15, 2017). Accordingly,

///

///

1  **IT IS ORDERED** that the briefing schedule for this case shall be as stated in the
2  Supplemental Rules.
3  Dated this 3rd day of November, 2023.

James A. Teilborg
Senior United States District Judge